# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** § § § | |
| **Plaintiff,** § § | |
| v. § § | CASE NO. 4:15-cv-00300 |
| **MIEKA ENERGY CORPORATION, VADDA ENERGY CORPORATION, DARO RAY BLANKENSHIP, ROBERT WILLIAM MYERS, JR., and STEPHEN ROMO,** § § § § § § | |
| **Defendants.** § § | |

## PLAINTIFF'S WITNESS LIST

Plaintiff Securities and Exchange Commission hereby its list of probable and possible witnesses pursuant to the Local Rules.

**A. Probable Witnesses to Be Called by the Commission**

1. Robert William Myers, Jr.
   Hickory Creek, Texas 75065

2. Stephen Romo
   The Colony, Texas 75056

3. Daro Ray Blankenship
   c/o Walter A. Herring
   Munck Wilson Mandala, LLP
   600 Banner Place Tower
   12770 Coit Road
   Dallas, Texas 75251

4. Keith Hunter, SEC Employee
   Fort Worth, Texas 76102

**MAY BE CALLED:**

5. William D. Wilson
   Denton, Texas

Dated: February 22, 2017					Respectfully submitted,

						*/s/ Timothy L. Evans*
						David Reece
						Texas Bar No. 24002810
						Timothy L. Evans
						Texas Bar No. 24065211
						U.S. SECURITIES AND EXCHANGE
						COMMISSION
						Fort Worth Regional Office
						Burnett Plaza, Suite 1900
						801 Cherry Street, Unit #18
						Fort Worth, TX 76102-6882
						(817) 978-6476 (phone)
						(817) 978-4927 (facsimile)


						COUNSEL FOR PLAINTIFF UNITED STATES
						SECURITIES AND EXCHANGE COMMISSION

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2017, I electronically filed the foregoing document with the Clerk of the court for the Eastern District of Texas, Sherman Division, by using the CM/ECF system which will send notification of such filing to all CM/ECF participants and counsel of record. I further certify that I served a true and correct copy of the foregoing document and the notice of electronic filing by electronic mail and prepared a copy for deposit on February 23, 2017 in an authorized United Parcel Service depository with overnight charges prepaid and addressed to the following parties and persons entitled to notice that are non-CM/ECF participants:

Robert William Myers, Jr.
1021 Point Vista Road, Apt. #11103
Hickory Creek, TX 75065

*Defendant*

						*/s/ Timothy L. Evans*
						Timothy L. Evans

*SEC v. Mieka Energy Corporation, et al.*
Plaintiff's Witness List, p. 2