UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br> Plaintiff,<br><br>v.<br><br>MIEKA ENERGY CORPORATION, VADDA ENERGY CORPORATION, DARO RAY BLANKENSHIP, ROBERT WILLIAM MYERS, JR., and STEPHEN ROMO,<br><br> Defendants. | § § § § § § § § § § § § § § § § § § | CASE NO. 4:15-cv-00300 |

## STIPULATIONS OF FACT

Counsel for Plaintiff Securities and Exchange Commission ("Commission") and counsel for Defendants Mieka Energy Corporation, Vadda Energy Corporation, Daro Ray Blankenship, and Robert William Myers, Jr. stipulate as follows regarding the Commission's motion for disgorgement and penalties:

 1. Defendant Mieka Energy Corporation ("Mieka") raised $4,435,200 million (the "Offering Proceeds") in the 2010 MIEKA PA WestM / MARCELLUS PROJECT II offering (the "Offering").

 2. Mieka spent $850,875 of the Offering Proceeds on drilling, testing, and completing two gas wells consistent with the representations in the offering materials for the 2010 MIEKA PA WestM / MARCELLUS PROJECT II (the "Offering Materials").

EXHIBIT A

1

3. Mieka spent $1,745,885 of the Offering Proceeds on oil-and-gas projects not related to the Offering and inconsistent with the representations in the Offering Materials.

4. Mieka spent approximately $440,000 of the Offering Proceeds on organizational and offering expenses and consistent with the representations in the Offering Materials.

5. The Offering Materials entitled Mieka to a management fee (the "Management Fee"), which would be calculated as the difference between the Offering Proceeds and Mieka's actual expenses incurred for performing the services it was obligated to provide under the "Partial Turnkey Contract," as defined in the Offering Materials. The Offering Materials permitted Mieka to use the Management Fee, if any, to pay Mieka's other operating expenses.

6. Defendant Daro Ray Blankenship received $149,674 in compensation from Defendants between September 2010, when the Offering commenced, and October 2011, the close of the Offering.

Dated: February ____, 2016.

/s/ David Reece
David Reece
Texas Bar No. 24002810
Timothy L. Evans
Texas Bar No. 24065211
U.S. SECURITIES AND EXCHANGE COMMISSION
Fort Worth Regional Office
Burnett Plaza, Suite 1900
801 Cherry Street, Unit #18
Fort Worth, TX 76102-6882
(817) 978-6476 (phone)
(817) 978-4927 (facsimile)

COUNSEL FOR PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION

_/s/ Walter A. Herring_
Walter A. Herring
Texas Bar No. 09535300
wherring@munckwilson.com
Jessica L. Spaniol
Texas Bar No. 24072360
jspaniol@munckwilson.com
MUNCK WILSON MANDALA, LLP
600 Banner Place Tower
12770 Coit Road
Dallas, Texas 75251
Telephone: 972-628-3600
Telecopier: 972-628-3616

ATTORNEYS FOR DEFENDANTS
MIEKA ENERGY CORPORATION,
VADDA ENERGY CORPORATION,
DARO RAY BLANKENSHIP, AND
ROBERT WILLIAM MYERS, JR.