Robert William Myers, Jr.
1021 Point Vista Rd., #11103
Hickory Creek, TX 75065

RE: Case # 4:15-cv-300 ALM
Judge Kimberly C Priest Johnson

Judge Johnson,

    Thank you for your role is resolving this difficult issue. I wanted to make the following points that I believe are important to add to your considerations.

    When I joined Mieka Corporation, after following their company for 15 months, I knew from the first interview that their only compensation was by commission. Joel Held, a former SEC attorney out of the Fort Worth office, assured the salesmen that Mieka programs were not securities. I have heard that when SEC attorneys were about to investigate a company upon learning that the company was represented by Mr. Held, they ceased their investigation.. His reputation was that if he said a project was not a security, it wasn't.

    Before I joined Mieka I was told that in the past the Pennsylvania Securities Board had issued a Cease and Desist Order to Mieka and that Mieka took it to court and the Court vacated that order. That was a strong indicator that the Mieka oil and gas programs were not securities.

    One of the first meetings that I attended we had General Paul Martin, over the Pentagon Electronic Security Command, address the sales force. He spoke highly of Mieka and its Principals. He was very persuasive about his dealings with Mieka and how fortunate we were to be part of the organization. His credibility was beyond question and at that time the programs were producing income to their partners. We had no reason to believe that we were offering anything more than a Joint Venture.

    Mr. Daro Blankenship told us that he was a convicted felon in his youth but God had saved him. Many times I saw him pray over others and was convinced that he was a born-again Christian. We had no reason to believe that he would not be honest with us. When the SEC case arose I was surprised when he asked me to say I was on salary and not commission. I believe he asked the other salesmen to do the same. I guess Mr. Romo and I were the only ones who would not commit perjury. What happened to the other salesmen?

    When I was sent this filing information I was surprised to find out that there is incomplete testimony from all witnesses, and not complete testimony from any one single witness, including any salesman or Daro Blankenship himself. The SEC cherry picked information to be included in the filing copy I received and that I believe you received. I'm being asked to accept their settlement or agree to settle this matter and make decisions that have significant impact on my life from incomplete information they believe is only relevant to win their case.

    Also, your view of the case is influenced negatively by just what they included for testimony. What did the other salesman testify to that shows the culpability of Daro Blankenship and demonstrate that all of us were really just trying to support clients without knowledge of what Mr. Daro Blankenship was actually doing.

    I also wonder what kind of deal Mr. Blankenship made with the SEC given that everything that has brought this case to you was through the mismanagement by Mr. Blankenship. He is now out there, free as a bird, after spending the investor's monies for himself and here I am living in an apartment with my wife while he lives in a mansion.

    I thank you for your consideration in this matter. I do want you to know that I will never sign or agree to any mediation result if the words illegal gains or anything indicating that I received any monies illegally. **Please note my new address above for you and the Court.**

Warmest regards,

*[signature]*

Robert William Myers, Jr.

```
           TRANSMISSION VERIFICATION REPORT

                                          TIME  : 02/02/2017 11:06
                                          NAME  : FLOWER MOUND FEDEX :
                                          FAX   : 9728742853
                                          TEL   : 9728742486
                                          SER.# : 000K1N135354


  DATE,TIME              02/02 11:06
  FAX NO./NAME           12148724846
  DURATION               00:00:38
  PAGE(S)                02
  RESULT                 OK
  MODE                   STANDARD
                         ECM
```

Robert William Myers, Jr.
1021 Point Vista Rd., #11103
Hickory Creek, TX 75065

RE: Case # 4:15-cv-300 ALM
Judge Kimberly C Priest Johnson

Judge Johnson,

Thank you for your role is resolving this difficult issue. I wanted to make the following points that I believe are important to add to your considerations.

When I joined Mieka Corporation, after following their company for 15 months, I knew from the first interview that their only compensation was by commission. Joel Held, a former SEC attorney out of the Fort Worth office, assured the salesmen that Mieka programs were not securities. I have heard that when SEC attorneys were about to investigate a company upon learning that the company was represented by Mr. Held, they ceased their investigation.. His reputation was that if he said a project was not a security, it wasn't.

Before I joined Mieka I was told that in the past the Pennsylvania Securities Board had issued a Cease and Desist Order to Mieka and that Mieka took it to court and the Court vacated that order. That was a strong indicator that the Mieka oil and gas programs were not securities.

One of the first meetings that I attended we had General Paul Martin, over the Pentagon Electronic Security Command, address the sales force. He spoke highly of Mieka and its Principals. He was very persuasive about his dealings with Mieka and how fortunate we were to be part of the organization. His credibility was beyond question and at that time the programs were producing income to their partners. We had no reason to believe that we were offering anything more than a Joint Venture.

Mr. Daro Blankenship told us that he was a convicted felon in his youth but God had